## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        )
                                              )
    GINTAUTAS KASPARAVICIUS,          )
                                              )
        Debtor.              )
_____ )    Bankruptcy No. 09-15912
                                              )
ANTHONY STELMOKAS,                   )    Chapter 7
                                              )
        Plaintiff,          )    Adversary No. 09-00723
                                              )
    vs.                               )
                                              )
GINTAUTAS KASPARAVICIUS,             )
                                              )
        Defendant.          )

# <u>PLAINTIFF'S TRIAL EXHIBIT LIST</u>

| Court Exhibit Identification Number | Description of Exhibit | Offered By | Identified By | Introduced By | Received/ Denied | Offer of Proof Made |
|---|---|---|---|---|---|---|
| 1. | Personal Check #1238 of Grita Dubauskiene dated 4/12/08 | | | | | |
| 2. | Corporation File Detail Report (Illinois Secretary of State) for G & G Construction & Home Improvement, Inc. | | | | | |
| 3. | Voluntary Petition for Chapter 7 Bankruptcy for Gintautas Kasparavicius filed 3/19/09 | | | | | |
| 4. | Voluntary Petition for Chapter 7 Bankruptcy for Grita Dubauskiene filed 3/19/09 | | | | | |