**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GINTAUTAS KASPARAVICIUS, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Bankruptcy No. 09-15912 |
| | ) | |
| ANTHONY STELMOKAS, | ) | Chapter 7 |
| | ) | |
| Plaintiff, | ) | Adversary No. 09-00723 |
| | ) | |
| vs. | ) | |
| | ) | |
| GINTAUTAS KASPARAVICIUS, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

1. Gintautas Kasparavicius
2. Grita Dubauskiene
3. Anthony Stelmokas